RECEIVED
DEC 08 2009
JAMES BONINI, CLERK
COLUMBUS, OHIO

FILED
JAMES BONINI
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO** 09 DEC 10 PM 12: 51
_____ **DIVISION**

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Monica L. Stith

(Enter Above the Name of the Plaintiff in this Action)

vs.

Internal Revenue Service

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**2 : 09 cv 1110**

**JUDGE SARGUS**

**MAGISTRATE JUDGE KEMP**

**COMPLAINT**

I.   Parties to the action:

   Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
   the court may contact you and mail documents to you.  A telephone number is required.

   Monica L. Stith
   Name - Full Name Please - PRINT

   1584 E. Livingston Avenue
   Street Address

   Columbus, Ohio 43205-2929
   City, State and Zip Code

   614-253-6619
   Telephone Number

   If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
   page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
   form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Internal Revenue Service_
   Name - Full Name Please
   _One Cleveland Center Ste 815_
   _Cleveland, Ohio 44114_
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐  Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒  Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I have enclosed letters and document which support my case with the Department of the Treasury - IRC. I am requesting a hearing to the matter of my Tax Period ended (12/2002) Amount of Claim, $3,442.00. Claim for Refund started March 30, 2008 in the Cincinnati Service Center, which was written to Delores M. McGuyllan, Dept. Mgr. which explain my reasons for the delay. Since then, case was sent To IRS in Cleveland, Ohio office Given to David Evans employee ID # 0270768 In Re: Income Tax Liability. Letter dated Jun 18, 2009. stated I have No basis for allow claim. We Told I could Pursue this matter by filing suit in either United State District Court or United States of Federal Claims, which I am. I would like for the Judge, To hear my case and feel I have documents to support my case

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                         Caption

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____


V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I state under penalty of perjury that the foregoing is true and correct.  Executed on

this __8__ day of __December__, 20_09_

_Monica L. Stott_
Signature of Plaintiff

-4-